Matter of Stetson (2023 NY Slip Op 05022)

Matter of Stetson

2023 NY Slip Op 05022

Decided on October 5, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 5, 2023

PM-232-23
[*1]In the Matter of Catherine Baker Stetson, an Attorney. (Attorney Registration No. 4227716.)

Calendar Date:September 25, 2023

Before:Lynch, J.P., Clark, Reynolds Fitzgerald, Fisher and Mackey, JJ.

Catherine Baker Stetson, Albuquerque, New Mexico, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Catherine Baker Stetson was admitted to practice by this Court in 2004 and lists a business address in Albuquerque, New Mexico with the Office of Court Administration. Stetson has applied to this Court, by affidavit sworn to June 20, 2023, for leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC), in its September 6, 2023 correspondence, opposes the application (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a] [1]; see also Matter of Singh, 211 AD3d 1417, 1417 [3d Dept 2022]).
In reply to AGC's opposition, however, Stetson has submitted a supplemental affidavit, sworn to September 11, 2023, in which she resolves AGC's objection. Accordingly, with AGC voicing no other substantive objections to her application, and having determined that Stetson is now eligible to resign for nondisciplinary reasons, we grant the application and accept her resignation.
Lynch, J.P., Clark, Reynolds Fitzgerald, Fisher and Mackey, JJ., concur.
ORDERED that Catherine Baker Stetson's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Catherine Baker Stetson's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Catherine Baker Stetson is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Stetson is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Catherine Baker Stetson shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.